# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E. | U.S. District Court, Louisiana | 04/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

U. S. DISTRICT COURT
500 POYDRAS STREET - ROOM C456
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Trustee | Testamentary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Thompson-West (book royalty) | $4,563.82 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Emory University School of Law | 04/25/2018-04/27/2018 | Atlanta, GA | Teaching educational seminar (speaker) | Hosuing, food and travel |
| 2. | Emory University School of Law | 06/03/2018-06/06/2018 | Berkeley, CA | Teaching educational seminar (speaker) | Housing, food and travel |
| 3. | EmoryUniversity School of Law | 08/07/2018-08/10/2018 | Atlanta, GA | Teaching educational seminar (speaker) | Housing, food and travel |
| 4. | Northwestern Pritzker School of Law | 11/27/2018-11/29/2018 | Chicaco, IL | Teaching educational seminar (speaker) | Housing, food and travel |
| 5. | University of Miami School of Law | 12/06/2018-12/08/2018 | Miami, FL | Teaching educational seminar (speaker) | Housing, food and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARCEL #5, New Orleans, Louisiana | F | Rent | O | W | | | | | |
| 2. *PARCEL#6, MS (Pearl River County) | | None | P1 | W | | | | | |
| 3. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 4. FIDELITY FUND COMMON STOCK | A | Dividend | L | T | | | | | |
| 5. ANADARKO COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. VIAD COMMON STOCK | A | Dividend | | | Sold | 09/06/18 | J | | |
| 7. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | | | Sold | 09/05/18 | J | | |
| 8. FINOVA COMMON STOCK | A | Dividend | | | Sold | 09/04/18 | J | | |
| 9. REGIONS BANK [formerly AM SOUTH (IRA) | D | Dividend | N | T | | | | | |
| 10. SCHWAB MONEY MARKET ACCOUNT | D | Interest | J | T | | | | | |
| 11. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 12. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 13. FIDELITY SELECT COMPUTERS | A | Dividend | L | T | | | | | |
| 14. FEDERATED FUND | A | Dividend | M | T | | | | | |
| 15. GAMBELLI GROWTH FUND | A | Dividend | L | T | | | | | |
| 16. T. ROWE PRICE INTERNAT'L | A | Dividend | K | T | | | | | |
| 17. VANGUARD GNMA | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. VANGUARD TOTAL STOCK INDEX | B | Dividend | M | T | | | | | |
| 19. *ENBRIDGE(formerly SPECTRA ENERGY CORP) | A | Dividend | J | T | | | | | |
| 20. SCHWABB MONEY MARKET FUND | C | Interest | P1 | T | | | | | |
| 21. *GNMA'S POOL (BONDS) | | | | | | | | | |
| 22. *FNMA MTG POOL | | | | | | | | | |
| 23. *SECTOR SPDR TR SBI INT-ENERGY | | | | | | | | | |
| 24. *OIL SVC HOLDERS TR DEPOSTRY RCPT | | | | | Sold | 09/17/18 | | | |
| 25. *FHLMC POOL | | | | | | | | | |
| 26. *PIMCO CORPORATE OPP FD COM | | | | | | | | | |
| 27. *WISDOMTREE TRUST INTL DIV E FINL | | | | | Sold | 08/23/18 | | | |
| 28. *BLACKROCK LTD DURATION COM SHS | | | | | | | | | |
| 29. *VANGUARD BD INDEX FD SHORT TRM BOND | | | | | | | | | |
| 30. *ALPS ETF TR ALERIAN MLP | | | | | Sold | 03/16/18 | | | |
| 31. *SELECT SECTOR SPDR TR SBI INT-UTILS | | | | | | | | | |
| 32. *JOHN HANCOCK BK&THRIFT SH BEN INT | | | | | | | | | |
| 33. *SELECT SECTOR SPDR TR SBI CONS STPLS | | | | | | | | | |
| 34. *SELECT SECTOR SPDR TR TECHNOLOGY | | | | | Sold | 10/11/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **ISHARES TR SH TR CRPORT ETF (formerly listed as Ishares Barclys) | | | | | | | | | |
| 36. *MARKET VECTORS ETF TR PFD SEC EXFINL | | | | | | | | | |
| 37. *SELECT SECTOR SPDR TR SBI CONS DISCR | | | | | | | | | |
| 38. *SELECT SECTOR SPDR TR SBI INT-FINL | | | | | Buy (add'l) | 03/16/18 | | | |
| 39. | | | | | Sold | 08/23/18 | | | |
| 40. *SELECT SECTOR SPDR TR SBI MATERIALS | | | | | Sold | 08/23/18 | | | |
| 41. *FACTORSHARES TR ISE CYBER SEC | | | | | Sold | 09/17/18 | | | |
| 42. *ISHARES TR DJ SEL DIV INX | | | | | Buy (add'l) | 03/16/18 | | | |
| 43. *VANGUARD WORLD FDS INF TECH ETF | | | | | Sold | 10/11/18 | | | |
| 44. *BLACKROCK TAX MUNICPAL SHS | | | | | | | | | |
| 45. *SELECT SECTOR SPDR TR RL EST SEL SEC | | | | | Sold | 09/17/18 | | | |
| 46. *NUVEEN BUILD AMER BD F COM | | | | | | | | | |
| 47. *WSTRN ASSET CLY INF OP COM | | | | | Buy | 08/24/18 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/23/2019 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#2.  Farm and pasture land.  Raise cattle and sell cows.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#11.  Assets of Testmentary Trust.

(1)  Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana.  The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage.  Turstee's _____ are the principal beneficiaries of the Trust.

(2)  Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#19.  No.19 had a name change to ENBRIDGE (it was formerly known as SPECTRA Energy Corp)

 #20.  SCHWABB _____ is an IRA Rollover Pension Fund with a value code of P1.

(1)  Nos. 21 through 47 are part of the pension fund on line No. 20.  Their individual income/value is represented as part of the cummulative value disclosed on line 20.  As such, the individual line items numbered 21 through 46 will be removed from next year's report.

(2)  No. 35 ISHARES TR SH TR CRPORT ETF was formerly listed as ISHARES TR BARCLYS 1-3 YR CR.  On 8/1/2018, the stock had a name change.

(3)  No. 47 WSTRN ASSET CLY INF OP COM  was purchased on 8/24/18.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELDON E. FALLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544